# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF384
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | | $1,207.96 | 9/25/2024 | 78638359900001 8824 | 8/8/2024 | $1,207.96 |
| | | $23,032.02 | 10/26/2024 | 78638359900016 8824 | 8/8/2024 | $23,032.02 |
| | | $22,538.50 | 10/26/2024 | 78638359900016 9824 | 9/8/2024 | $22,538.50 |
| | | $1,208.32 | 10/28/2024 | PRE78638359900001 | 9/8/2024 | $1,208.32 |
| | | $23,529.62 | 10/28/2024 | PRE78638359900016 | 10/8/2024 | $23,529.62 |
| | | $1,248.72 | 10/28/2024 | PRE7863835001 10824 | 10/8/2024 | $1,248.72 |
| **Total Transfers** | **6** | **$72,765.14** | | | | **$72,765.14** |